MARION BOOTH HOLMESLY, JR.
820 McCULOY STREET
WHITE SETTLEMENT, TX. 76108

24,665

COURT OF CRIMINAL APPEALS RECORDS
DEPARTMENT.

I NEED THE ABOVE COURTS DECISION IN
APPLICATION'S FOR WRIT'S OF HABEAS CORPUS
PURSUANT TO V.A.C.C.P. ART 11.07 IN WRIT
NUMBER'S 26,665-01, 26,665-02 AND 26,665-03
ALL COVER PAGES OF EACH DECISIONS TO BE
CERTIFIED. I CALLED ON 8-6-2015 AND WAS TOLD
THE TOTAL COST OF THE THREE DECISIONS
WOULD BE $15,45 BUT WAS NOT TOLD WHAT
THE COST OF POSTAGE WOULD BE, BUT, I'AM
ENCLOSING $2,00 FOR POSTAGE.

IF YOU HAVE ANY QUESTIONS CALL ME AT
817-609-9466.

A POSTAL MONEY ORDER FOR $17,45 IS
ENCLOSED. MONEY ORDER NO.

Marion B. Holmesly
AUGUST, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 10 2015

Abel Acosta, Clerk



**UNITED STATES POSTAL SERVICE** ®

## POSTAL MONEY ORDER

| Serial Number | | Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|---|
| 22862795185 | | 2015-08-06 | 761141 | $17 · 00 |

Amount **Seventeen Dollars and 00/100** ********************

Pay to *COURT OF APPEALS*

Clerk
18

Address *P.O. BOX 12308*

From *MARION B. HOLMESLY, JR.*

*AUSTIN, TX. 78711*

Address *820 McCULOY STREET*

Memo

*WHITE SETTLEMENT, TX. 76108*

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈00000800 2⑈          228 6 2795 185 ⑈